| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ADRIAN T. KINSELLA<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

FILED
NOV 0 5 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [PROPOSED] ORDER TO UN-SEAL SEARCH WARRANTS; |
|---|---|
| A BLUE CHEVY PICKUP, WITH LICENSE PLATE 11013M2 (CA), VIN # 3GCUKSEC0FG531648 | 2:19-SW-621-CKD |
| A BLUE CHEVY PICKUP, WITH LICENSE PLATE 11013M2 (CA), VIN # 3GCUKSEC0FG531648 | 2:19-SW-0664-DB |
| A WHITE DODGE PICKUP, WITH LICENSE PLATE 90773Bl(CA), AND VIN 1B7KF26D1VJ604073 | 2:19-SW-719-EFB |
| 13410 PRAIRIE ROAD, RED BLUFF, CA 96080 | 2:19-SW-741-KJN |
| 1400 W. MARLETTE STREET, SPACE 106, IONE, CA 95640 | 2:19-SW-742 KJN |
| A 2015 CHEVROLET PICKUP TRUCK, METALLIC BLUE IN COLOR, BEARING CALIFORNIA LICENSE PLATE 11013M2 | 2:19-SW-744-KJN |
| 16030 SCHAEFER RANCH ROAD IN PIONEER, CA 95666 | 2:19-SW-743-KJN |
| A 1997 DODGE PICKUP TRUCK, WHITE IN COLOR, BEARING CALIFORNIA LICENSE PLATE 90773B1 | 2:19-SW-745-KJN |

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS

**ORDER TO UNSEAL**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: Nov. 5, 2019

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE